**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6379**

ALVIN HARRIS,

                Plaintiff - Appellant,

      v.

WEXFORD HEALTH SOURCES, INC.; MAHBOOBEH MEMARSADEGHI, M.D.; ASHOK AGRAWAL, M.D.; BON SECOURS HOSPITAL,

                Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:19-cv-00296-GLR)

Submitted: September 22, 2020               Decided: September 25, 2020

Before NIEMEYER, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alvin Harris, Appellant Pro Se.  Gina Marie Smith, MEYERS, RODBELL & ROSENBAUM, P.A., Riverdale Park, Maryland; Michelle Renae Mitchell, WHARTON, LEVIN, EHRMANTRAUT & KLEIN, P.A., Annapolis, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvin Harris appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint in which Harris asserted an Eighth Amendment deliberate indifference claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harris v. Wexford Health Sources, Inc.*, No. 1:19-cv-00296-GLR (D. Md. Feb. 20, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*